818 BOARD OF SUPERVISORS vs. CIRCUIT JUDGE (Wayne), No. 15904, 106 M., 166.

To dissolve an injunction restraining the board from letting a contract for the construction of a county building, the acceptance of the bid for the work having received but a majority, and not a two-thirds vote.

Denied December 1, 1896.

819 DETROIT & LAKE ST. CLAIR PLANK ROAD CO. vs. CIRCUIT JUDGE (Wayne), No. 15148½.

To compel respondent to grant an injunction restraining the City of Detroit from entering and taking up a part of relator's roadway, in a street within the city limits, in order to pave the street.

Order to show cause denied October 11, 1895.

820 COMMON COUNCIL (Detroit) vs. CIRCUIT JUDGE (Wayne), No. 12051½.

To compel respondent to vacate an injunction restraining the passage of an ordinance, giving to an electric railway company a franchise to lay its tracks and operate its road in Porter street, which is twenty-six feet in width.

Denied June 20, 1891.

821 FORT ST. UNION DEPOT CO. vs. CIRCUIT JUDGE (Wayne), No. 12291½.

To dissolve injunction restraining relator from constructing its railway in the street upon which complainant's property abutts, pending proceedings for condemnation.

Denied October 7, 1891.